UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRA GEWIRTZ, individually and on behalf of
all others similarly situated,

                              Plaintiff,

          v.

THE BEAR STEARNS COMPANIES, INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR., ALAN C. GREENBERG,
and JOHN AND JANE DOES 1-20,

                              Defendants.

08 CIVIL ACTION NO. CV 3089

RULE 7.1 STATEMENT



       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and
Magistrate Judges of the Court to evaluate possible disqualification or recusal, the
undersigned counsel for plaintiff (a private non-governmental party) certifies that the
following are corporate parents, affiliates and/or subsidiaries of said party, which are
publicly held:   NONE.

Date: March 26, 2008

                              Robert A. Skirnick (RS 2636)
                              Attorney for Plaintiff