UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY PISANO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br>        Defendants. | No. 08 Civ. 3006 (UA) |
| HANS MENOS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br>        Defendants. | No. 08 Civ. 3035 (RWS) |
| IRA GEWIRTZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br>        Defendants. | No. 08 Civ. 3089 (RWS) |
| DREW V. LOUNSBURY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br>        Defendants. | No. 08 Civ. 3326 (RWS) |
| SHELDEN GREENBERG, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br>        Defendants. | No. 08 Civ. 3334 (RWS) |

| | |
|---|---|
| SCOTT WETTERSTEN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>     Defendants. | No. 08 Civ. 3351 (UA) |
| RITA RUSIN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>     Defendants. | No. 08 Civ. 3441 (UA) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant The Bear Stearns Companies Inc.

Dated: April 14, 2008
New York, New York

            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

            By: \s\ Lewis R. Clayton
               Lewis R. Clayton

            1285 Avenue of the Americas
            New York, New York 10019-6064
            Tel: (212) 373-3000
            Fax: (212) 757-3980
            Email: lclayton@paulweiss.com

            *Attorneys for The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK     )
                      )    :ss
COUNTY OF NEW YORK    )

Dytonia Reed, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On April 14, 2007, I served a true copy of the foregoing NOTICE OF APPEARANCE on the following:

> Barry H. Berke, Esq.
> David S. Frankel, Esq.
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, NY 10036
>
> Jay Kasner, Esq.
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 4 Times Square
> New York, NY 10036
>
> Michael Chepiga, Esq.
> SIMPSON THACHER & BARTLETT LLP
> 425 Lexington Avenue
> New York, NY 10017
>
> Ronald Richman, Esq.
> Alan Glickman, Esq.
> SCHULTE ROTH & ZABEL LLP
> 919 Third Avenue
> New York, NY 10022
>
> Lawrence B. Pedowitz, Esq.
> David B. Anders, Esq.
> WACHTELL, LIPTON, ROSEN & KATZ
> 51 West 52nd Street
> New York, NY 10019

Steven Molo, Esq.<br>
SHEARMAN & STERLING LLP<br>
599 Lexington Avenue<br>
New York, NY 10022<br>
<br>
Daniel S. Taub, Esq.<br>
BEAR STEARNS & CO., INC.<br>
383 Madison Avenue<br>
New York, NY 10179

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Dytonia Reed

Sworn to before me this
_14th_ day of April 2008

_____
Notary Public

TREVOR J. HILL
Notary Public, State of New York
No. 01HI6181504
Qualified in Bronx County
Commission Expires February 4, 2012