**DEALY & SILBERSTEIN, LLP**
ATTORNEYS AT LAW
225 Broadway, Suite 1405
New York, New York 10007
Telephone: (212) 385-0066 * Telefax: (212) 385-2117

April 14, 2008

**VIA ECF**

Clerk of the Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

    Re:    **Aaron Howard v. The Bear Stearns Cos, Inc., et al.,**
            **S.D.N.Y. Case No.: 08-CV-2804**
            **Sheldon Greenberg v. The Bear Stearns Companies, Inc., et al.,**
            **S.D.N.Y. Case No.: 08-CV-3334**

-and-

            **Estelle Weber v. The Bear Stearns Companies, Inc., et al.,**
            **S.D.N.Y. Case No.: 08-CV-2870**
            **Anthony Pisano v. The Bear Stearns Companies, Inc., et al.,**
            **S.D.N.Y. Case No.: 08-CV-3006**
            **Hans Menos v. The Bear Stearns Companies, Inc., et al.,**
            **S.D.N.Y. Case No.: 08-CV-3035**
            **Ira Gewirtz v. The Bear Stearns Companies, Inc., et al.,**
            **S.D.N.Y. Case No.: 08-CV-3089**
            **Drew V. Lounsbury v. The Bear Stearns Companies, Inc., et al.,**
            **S.D.N.Y. Case No.: 08-CV-3326**
            **Scott Wettersten v. The Bear Stearns Companies, Inc., et al.,**
            **S.D.N.Y. Case No.: 08-CV-3351**

Dear Sir or Madam:

      This firm is liaison counsel for Schiffrin Barroway Topaz & Kessler, LLP representing Aaron Howard ("Howard"), as well as liaison counsel for Keller Rohrback, LLP representing Sheldon Greenberg ("Greenberg"), plaintiffs in a putative class action against The Bear Stearns Companies, Inc. and certain other fiduciaries of The Bear Stearns Companies Inc. Employee Stock Ownership Plan alleging violations of ERISA.

      As you are more than likely aware, there were technical problems with the Southern District's ECF Filing System, during the day and throughout the night of Monday, April 14, 2008. Due to these ECF-related technical difficulties, which persisted until at least 10:00 pm, this firm was unable to file Opposition papers in connection with the referenced matters on that date.

Respectfully Submitted,

Milo Silberstein

MS/rf