UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRA GEWIRTZ, individually and on behalf of all others similarly situated,

          Plaintiff,

v.

THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,

          Defendants

No. 08 cv 3089 (RWS) (JCF)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

---

PLEASE TAKE NOTICE that upon the annexed affidavit of Robert A. Skirnick in support of this motion and the status certificates annexed thereto, Plaintiff will move this Court, at such time as the Court should direct, for an Order, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York, granting *pro hac vice* admission to Steve W. Berman and Andrew M. Volk, members of the firm of Hagens Berman Sobol Shapiro LLP, 1301 Fifth Avenue, Seattle Washington 98101, and members in good standing of the Bar of the State of Washington, for the purposes of participating in, arguing, and trying the above-captioned action as well as the following related actions: Anthony Pisano v. The Bear Stearns Companies, et al. (08 cv 3006); Rita Rusin v. The Bear Stearns Companies, et al. (08 cv 3441); and Lawrence Fink v. The Bear Stearns Companies, et al. (08 cv 3602).

DATED: New York, NY
         April 21, 2008

                              MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.

                              By: _____
                              Robert A. Skirnick (RS-2636)
                              One Liberty Plaza, 35th Floor
                              New York, NY 10006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRA GEWIRTZ, individually and on behalf :
of all others similarly situated,

                      Plaintiff,   :   No. 08 cv 3089 (RWS) (JCF)

v.   :   AFFIDAVIT OF
                                                      ROBERT A. SKIRNICK
                                                      IN SUPPORT OF
THE BEAR STEARNS COMPANIES, INC.,   :   ADMISSION PRO HAC VICE
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR., ALAN C. GREENBERG,
and JOHN AND JANE DOES 1-20,

                      Defendants   :

---

State of New York  )
                          )
County of New York  )

      ROBERT A. SKIRNICK states and declares under penalty of perjury as follows:

      1.      I am a member in good standing of the bar of this Court and an officer and shareholder of the firm of Meredith Cohen Greenfogel & Skirnick, P.C., counsel to Plaintiff in this action. I submit this affidavit in support of the application for an order, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York, granting Steve W. Berman and Andrew M. Volk *pro hac vice* admission to this Court for the purposes of participating in, arguing, and trying the above-captioned action, in whole or in part, on behalf of Plaintiff, as well as participating in, arguing, and trying, in whole or in part, the following related actions on behalf of the respective Plaintiffs: Anthony Pisano v. The Bear Stearns Companies, et al. (08 cv 3006); Rita Rusin v. The Bear Stearns Companies, et al. (08 cv 3441); and Lawrence Fink v. The Bear Stearns Companies, et al. (08 cv 3602).

      2.      Steve W. Berman is a partner with the firm of Hagens Berman Sobol Shapiro LLP, 1301 Fifth Avenue, Seattle, Washington. A Status Certificate from the Washington State Bar Association is annexed hereto as Exhibit A.

3. Andrew M. Volk is a partner with the firm of Hagens Berman Sobol Shapiro LLP, 1301 Fifth Avenue, Seattle, Washington. A Status Certificate from the Washington State Bar Association is annexed hereto as Exhibit B.

4. Pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York, Plaintiff requests that Steve W. Berman and Andrew M. Volk be permitted to argue and participate in the above-captioned case as do the respective plaintiffs in Anthony Pisano v. The Bear Stearns Companies, et al. (08 cv 3006); Rita Rusin v. The Bear Stearns Companies, et al. (08 cv 3441); and Lawrence Fink v. The Bear Stearns Companies, et al. (08 cv 3602).

5. Because no novel issue of law is involved in this motion, Plaintiff requests that this Court waive the requirement of a supporting memorandum of law pursuant to L.R. 7.1 of the United States District Court for the Southern District of New York.

6. I have been advised by Lewis R. Clayton, of Paul Weiss Rifkin Wharton & Garrison LLP, counsel for defendant The Bear Stearns Companies, Inc., by David B. Anders of Wachtell, Lipton, Rosen & Katz, counsel for defendant Warren Spector, by Michael Chepiga of Simpson Thacher & Bartlett LLP, counsel for defendant Samuel Molinaro and by Steven Molo of Shearman & Sterling, counsel for Jeffrey Mayer, that they will not oppose the motion even though such motion had not previously been made. No counsel for any defendant has advised me of an intent to oppose the motion.

7. I have annexed, as Exhibit C, a proposed order.

8. There has been no prior application for the relief requested herein.

9. I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE, it is respectfully requested that this Court grant Steve W. Berman and Andrew M. Volk's *pro hac vice* admission to the bar of this Court for the purpose of participating in, arguing, and trying the above-captioned action and these related actions set forth above.

*[Signature]*

Robert A. Skirnick (RS-2636)
MEREDITH COHEN GREENFOGEL
& SKIRNICK, P.C.
One Liberty Plaza, 35th Floor
New York, NY 10006
Tel: 212-240-0020
Fax: 212-240-0021

Subscribed and sworn to before me
this 21st day of April, 2008

*[Signature]*
Notary Public

LINDA R. PUZZIO
Notary Public, State of New York
No. 01PU5080306
Qualified in Bronx County
Commission Expires June 16 2011

001780-11 109584 V1

# EXHIBIT A

# STATUS CERTIFICATE

This certifies that

# STEVE W. BERMAN

was admitted to the Bar of the State of Washington on July 20, 1982, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of April 9, 2008.

*Paula C. Littlewood*
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Avenue, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

# EXHIBIT B

# STATUS CERTIFICATE

This certifies that

# ANDREW M VOLK

was admitted to the Bar of the State of Washington on November 21, 1997, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of April 9, 2008.

*Paula C. Littlewood*
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Avenue, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IRA GEWIRTZ, individually and on behalf :
of all others similarly situated,
:
                  Plaintiff,      :      No. 08 Civ. 3089 (RWS) (JCF)
:
      v.                           :      [PROPOSED] ORDER
:
THE BEAR STEARNS COMPANIES, INC., :
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, SAMUEL L.      :
MOLINARO, JR., ALAN C. GREENBERG,
and JOHN AND JANE DOES 1-20,       :

                  Defendants.
-----------------------------------------------------------------x

        AND NOW, this _____ day of _____, 2008, upon consideration of the motion of Plaintiff Ira Gewirtz for the *pro hac vice* admission of Steve W. Berman and Andrew M. Volk, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York, IT IS HEREBY ORDERED that said motion is GRANTED and Mr. Berman and Mr. Volk are hereby admitted to this Court for the purpose of appearing in the above-captioned action as well as the related actions Anthony Pisano v. The Bear Stearns Companies, et al. (08 cv 3006), Rita Rusin v. The Bear Stearns Companies, et al. (08 cv 3441), and Lawrence Fink v. The Bear Stearns Companies, et al. (08 cv 3602), as counsel for Plaintiffs in each of the respective cases.

                                                   _____
                                                   ROBERT W. SWEET
                                                   UNITED STATES DISTRICT COURT JUDGE