CERTIFICATE OF SERVICE

I, Robert A. Skirnick, Esq., hereby certify that on the 21st day of April, 2008, I caused to be served via U.S. mail on each of the parties listed on the attached service list in GEWIRTZ v. THE BEAR STEARNS COMPANIES, INC., ET AL. (08 cv 3089) true and correct copies of the following:

    Motion to Admit Counsel Pro Hac Vice

    Affidavit of Robert A. Skirnick in Support of Admission Pro Hac Vice

                                                            Robert A. Skirnick

THE BEAR STEARNS COMPANIES, ET AL. ERISA LITIGATION
SERVICE LIST

Jeffrey H. Squire, Esq.
BRAGAR WEXLER & EAGEL PC
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: 212-308-5858
Fax: 212-486-0462

*Counsel for Plaintiff Hans Menos*

I. Stephen Rabin, Esq.
Joseph V. McBride, Esq.
RABIN & PECKEL LLP
275 Madison Avenue, Suite 420
New York, NY 10016
Tel: 212-880-3722
Fax: 212-880-3716

*Counsel for Plaintiff Hans Menos*

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Joseph A. Weeden, Esq.
SCHIFFRIN BARROWAY TOPAZ
& KESSLER LLP
280 Radnor Avenue
Philadelphia, PA 19087
Tel: 610-667-7706
Fax: 610-667-7056

*Counsel for Plaintiff Aaron Howard*

Brad Scott Karp, Esq.
Lewis R. Clayton, Esq.
PAUL WEISS RIFKIN WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990

*Counsel for Defendant The Bear Stearns
Companies Inc., The Bear Stearns
Companies Inc., Executive Committee, and
Custodial Trust Company*

Paul J. Ondrasik, Jr., Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: 202-429-8088
Fax: 202-429-3902

*Counsel for Defendant The Bear Stearns
Companies Inc., The Bear Stearns
Companies Inc., Executive Committee, and
Custodial Trust Company*

Milo Silberstein, Esq.
William J. Dealy, Esq.
DEALY & SILBERSTEIN LLP
225 Broadway, Sutei 1405
New York, NY 10007
Tel: 212-385-0066
Fax: 212-385-2117

*Counsel for Plaintiffs Aaron Howard and\
Sheldon Greenberg*

Lester L. Levy, Esq.
Andrew Lencyk, Esq.
James Kelly-Kowlowitz, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Tel: 212-759-4600
Fax: 212-486-2093

*Counsel for Plaintiff Estelle Weber*

Jules Brody, Esq.
Edwin J. Mills, Esq.
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: 212-687-7230
Fax: 212-490-2022

*Counsel for Plaintiff Drew V. Lounsbury*

Lynn L. Sarko, Esq.
Derek W. Loeser, Esq.
Erin M. Riley, Esq.
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: 206-623-1900
Fax: 206-623-3384

*Counsel for Plaintiff Shelden Greenberg*

Gary S. Graifman, Esq.
Michael L. Braunstein, Esq.
Reginald H. Rutishauser, Esq.
KANTROWITZ GOLDHAMER &
GRAIFMAN PC
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Tel: 845-356-2570
Fax: 845-356-4335

*Counsel for Plaintiff Drew V. Lounsbury*

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
James F. Conway, III, Esq.
Eben F. Duvan, Esq.
JOHNSON & PERKINSON
1690 Williston Road
PO Box 2305
South Burlington, VT 05043
Tel: 802-862-0030
Fax: 802-862-0060

*Counsel for Plaintiff Scott Wettersten*

Barry H. Berke, Esq.
David S. Frankel, Esq.
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: 212-715-9100
Fax: 212-715-8000

*Counsel for Defendant James Cayne*

Michael Chepiga, Esq.
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: 212-455-2000
Fax: 212-455-2502

*Counsel for Defendant Samuel Molinaro*

Ralph M. Stone, Esq.
James P. Bonner, Esq.
Thomas G. Ciarlone, Jr., Esq.
SHALOV STONE BONNER & ROCCO
LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel: 212-239-4340
Fax: 212-239-4310

*Counsel for Plaintiff Scott Wettersten*

Jay Kasner, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Tel: 212-735-3000
Fax: 212-735-2000

*Counsel for Defendant Alan Schwartz*

Ronald Richman, Esq.
Alan Glickman, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Tel: 212-756-2000
Fax: 212-593-5955

*Counsel for Defendant Alan Greenberg*

Lawrence D. Pedowitz, Esq.
David B. Anders, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel: 212-403-1000
Fax: 212-403-2000

*Counsel for Defendant Warren Spector*

Steven Molo, Esq.
SHEARMAN & STERLING
599 Lexington Avenue
New York, NY 10022
Tel: 212-848-4000
Fax: 212-848-7179

*Counsel for Defendant Jeffrey Mayer*